Telecable Corporation et al., Appellants *v.* Scranton.

Argued January 11, 1971. Before Bell, C. J., Jones, Eagen, O'Brien, Roberts, Pomeroy and Barbieri, JJ.

*Joseph E. Gallagher,* with him *O'Malley, Morgan, Bour & Gallagher,* for appellants.

*Morey M. Myers,* with him *Morris B. Gelb, David J. Reedy, Jr.,* Assistant City Solicitor, *John J. Dunn, Sr.,* City Solicitor, and *Gelb & Myers,* for appellees.

OPINION PER CURIAM, October 8, 1971:
Decree affirmed; costs on appellants.